THE PEOPLE OF THE STATE OF NEW YORK ex rel. WALTER J. ROACHE, Appellant, v S.A. CONNELL, as Superintendent of Oneida Correctional Facility, Respondent.

Submitted May 11, 2009; decided June 24, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

VICTOR J. RUNNER, Respondent, v NEW YORK STOCK EXCHANGE, INC., et al., Appellants.

Decided June 24, 2009

Certification of questions by the United States Court of Appeals for the Second Circuit, pursuant to section 500.27 of the Rules of Practice of the Court of Appeals (22 NYCRR 500.27), accepted and the issues presented are to be considered after briefing and argument [see 568 F3d 383 (2009)].

Concur: Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.

TYRONE WORRELL, Appellant, v PARKWAY ESTATES, LLC, Defendant, and 1299 EASTERN, LLC, Respondent.

Submitted May 4, 2009; decided June 24, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.